UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| DONALD RAY GRUBB, | ) |
|       Plaintiff, | ) |
| v. | ) No. 3:23-cv-00028-MPB-CSW |
| JEFREY MEADE Judge in Gibson County Circuit Court, | ) |
|       Defendant. | ) |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT.

The action is **dismissed without prejudice**.

Dated: September 11, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

DONALD RAY GRUBB
[no current address available; copy available upon request]